NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1110

IGT,

Plaintiff-Appellant,

v.

ALLIANCE GAMING CORPORATION, BALLY GAMING INTERNATIONAL, INC., and BALLY GAMING INC. (doing business as Bally Gaming & Systems),

Defendants-Appellees.

Appeal from the United States District Court for District of Nevada in case no. 2:04-CV-1676, Judge Robert C. Jones.

ON MOTION

## O R D E R

IGT moves to withdraw its previously filed motion to file an extended opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to withdraw is granted.

FOR THE COURT

MAR 2 0 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Jeffrey W. Sarles, Esq.
     Charles K. Verhoeven, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 0 2009

JAN HORBALY
CLERK